Dale Dorfmeier, Esq.; SBN 076266
Sean T. O'Rourke, Esq.; SBN 199420
PETRIE, DORFMEIER & MORRIS, LLP
2014 Tulare Street, Suite 830
Fresno, CA 93721
Telephone (559) 498-6522

Attorneys for Defendants, UNITED GENETICS SEED COMPANY, INC., and REMO LUDERGNANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOS VALLES, S.A., a foreign corporation organized and existing under the laws of Panama, and COMEXA, S.A., a foreign corporation organized and existing under the laws of Panama,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED GENETICS SEED COMPANY, INC., a business entity of unknown form; and REMO LUDERGNANI, an individual,<br><br>Defendants. | Case No. C08-01077 EMC<br><br>STIPULATION TO ENLARGE TIME OF DEFENDANTS TO FILE RESPONSE TO COMPLAINT [L.R 6.1(a)] |

TO THE UNITED STATES DISTRICT COURT AND ITS CLERK:

The Parties, by and through their respective counsel of record herein, specifically counsel for Plaintiffs DOS VALLES, S.A. and COMEXA, S.A., and Defendants UNITED GENETICS SEED COMPANY, INC., and REMO LUDERGNANI have stipulated and agreed to enlarge the time of UNITED GENETICS SEED COMPANY, INC., and REMO LUDERGNANI to respond to the complaint on file herein. Such response shall be filed on or before April 14, 2008.

1  The stipulation is made pursuant to United States District Court for
2  the Northern District of California, Local Rule 6.1(a). The parties do not
3  believe that this stipulation to enlarge the time to respond to the complaint will
4  change or alter the date of any event or any deadline already fixed by Court
5  order.
6  Pursuant to General Order No. 45, Electronic Case Filing, ECF
7  signatures are being submitted after a fully executed facsimile copy of this
8  stipulation has been received from opposing counsel.
9  IT IS SO STIPULATED.
10 DATED: March 28, 2008

11 WENDEL, ROSEN, BLACK & DEAN, LLP

By _____
Carl D. Ciochon, Attorneys for Plaintiffs,
DOS VALLES, S.A., and COMEXA, S.A.

16 DATED: March 31, 2008

17 PETRIE, DORFMEIER & MORRIS, LLP

By _____
Dale Dorfmeier, Attorneys for Defendants
UNITED GENETICS SEED COMPANY, INC.,
and REMO LUDERGNANI

H:\00AlphaFiles--DD\DosV
alles v. United
(53969-70109)\Pldgs\Stip
EnlargeTime-9.wpd

Case No. C0801077

2

STIPULATION TO ENLARGE TIME OF DEFENDANTS TO FILE RESPONSE TO COMPLAINT [L.R. 6.1(a)]

# PROOF OF SERVICE (Code Civ. Proc., §§1013a, 2015)

STATE OF CALIFORNIA, COUNTY OF FRESNO

I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; my business address is 2014 Tulare Street, Suite 830, Fresno, California 93721.

On **March 31, 2008**, I served the foregoing document described as **STIPULATION TO ENLARGE TIME OF DEFENDANTS TO FILE RESPONSE TO COMPLAINT [L.R 6.1(a)]** on the other parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Richard Al Sipos, Esq. <br> Carl D. Ciochon, Esq. <br> WENDEL, ROSEN, BLACK & DEAN LLP <br> 1111 Broadway, 24th Floor <br> Oakland, CA 94607-4036 <br> FAX: 510 834-1928 <br> E-Mail: rsipos@wendel.com <br> cciochon@wendel.com | Attorneys for Plaintiffs, DOS VALLES, S.A. and COMEXA, S.A. |

**BY ELECTRONIC MAIL:**

As follows: I caused the above named document to be filed with the United States District Court, Northern Division of California's Case Management/Electronic Case Filing (CM/ECF) System where upon it was electronically delivered to the parties in this case through their electronic mail addresses.

Executed on **March 31, 2008** at Fresno, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

| **JALEE FURR** | //S// |
|---|---|
| Type or Print Name | Signature |