Dale Dorfmeier, Esq.; SBN 076266
Sean T. O'Rourke, Esq.; SBN 199420
PETRIE, DORFMEIER & MORRIS, LLP
2014 Tulare Street, Suite 830
Fresno, CA 93721
Telephone (559) 498-6522

Attorneys for Defendants, UNITED GENETICS SEED COMPANY, INC., and REMO LUDERGNANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOS VALLES, S.A., a foreign corporation organized and existing under the laws of Panama, and COMEXA, S.A., a foreign corporation organized and existing under the laws of Panama,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED GENETICS SEED COMPANY, INC., a business entity of unknown form; and REMO LUDERGNANI, an individual,<br><br>Defendants. | Case No. C08-01077 EMC<br><br>STIPULATION TO ENLARGE TIME OF DEFENDANTS TO FILE RESPONSE TO COMPLAINT [L.R 6.1(a)]<br><br>ORDER |

TO THE UNITED STATES DISTRICT COURT AND ITS CLERK:

The Parties, by and through their respective counsel of record herein, specifically counsel for Plaintiffs DOS VALLES, S.A. and COMEXA, S.A., and Defendants UNITED GENETICS SEED COMPANY, INC., and REMO LUDERGNANI have stipulated and agreed to enlarge the time of UNITED GENETICS SEED COMPANY, INC., and REMO LUDERGNANI to respond to the complaint on file herein. Such response shall be filed on or before April 14, 2008.

1  The stipulation is made pursuant to United States District Court for
2  the Northern District of California, Local Rule 6.1(a). The parties do not
3  believe that this stipulation to enlarge the time to respond to the complaint will
4  change or alter the date of any event or any deadline already fixed by Court
5  order.
6  Pursuant to General Order No. 45, Electronic Case Filing, ECF
7  signatures are being submitted after a fully executed facsimile copy of this
8  stipulation has been received from opposing counsel.
9  IT IS SO STIPULATED.
10 DATED: March 28, 2008

11 WENDEL, ROSEN, BLACK & DEAN, LLP
12
13 By _____
14 Carl D. Ciochon, Attorneys for Plaintiffs,
   DOS VALLES, S.A., and COMEXA, S.A.
15
16 DATED: March 31, 2008
17 PETRIE, DORFMEIER & MORRIS, LLP
18
19 By _____
20 Dale Dorfmeier, Attorneys for Defendants
21 UNITED GENETICS SEED COMPANY, INC.,
   and REMO LUDERGNANI
22
23 IT IS SO ORDERED.
24
25 _____
   Edward M. Chen
26 U.S. Magistrate

**IT IS SO ORDERED**
Judge Edward M. Chen