Richard A. Sipos (Bar No. 126982)
rsipos@wendel.com
Carl D. Ciochon (Bar No. 165963)
cciochon@wendel.com
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA  94607-4036
Telephone:  (510) 834-6600
Fax:  (510) 834-1928

Attorneys for Plaintiff
Dos Valles, S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOS VALLES, S.A., a foreign corporation organized and existing under the laws of Panama, | Case No.  C08-01077 EMC |
| Plaintiff, | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| vs. | |
| UNITED GENETICS SEED COMPANY, INC., a business entity of unknown form; REMO LUDERGNANI, an individual , | |
| Defendants. | |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607-4036

*CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE*

015042.0001\845865.1

1        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

2    party in the above-captioned civil matter hereby voluntarily consents to have a United States

3    Magistrate Judge conduct any and all further proceedings in the case, including trial, and order

4    the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United

5    States Court of Appeals for the Ninth Circuit.

6

7    Dated:  April 22, 2008                              WENDEL, ROSEN, BLACK & DEAN LLP

8

9                                                        By:     /s/ Carl D. Ciochon

10                                                           Carl D. Ciochon
                                                             Attorneys for Plaintiff
11                                                           Dos Valles, S.A.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607-4036

015042.0001\845865.1