1  Dale Dorfmeier, Esq.; SBN 076266
   PETRIE, DORFMEIER & MORRIS, LLP
2  2014 Tulare Street, Suite 830
   Fresno, CA 93721
3  Telephone (559) 498-6522

4

5  Attorneys for Defendant/Counter-
   Claimant, UNITED GENETICS SEED
6  COMPANY, INC., and Defendant,
   REMO LUDERGNANI
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 DOS VALLES, S.A., a foreign corporation organized and existing under the laws of Panama, and COMEX, S.A., a foreign corporation organized and existing under the laws of Panama, | Case No. C08-01077 |
| Plaintiffs, | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
| v. | |
| UNITED GENETICS SEED COMPANY, INC., a business entity of unknown form; and REMO LUDERGNANI, an individual, | |
| Defendants. | |
| UNITED GENETICS SEED COMPANY, INC., a business entity of unknown form, | |
| Counter-Claimant, | |
| v. | |
| DOS VALLES, S.A., a foreign corporation organized and existing under the laws of Panama, | |
| Counter-Defendant, | |

1  In accordance with the provisions of Title 28, U.S.C. Section 636(c), the
2  undersigned parties in the above-captioned civil mater hereby voluntarily
3  consent to have a United States Magistrate Judge conduct any and all further
4  proceedings in the case, including trial, and order the entry of a final
5  judgment. Appeal from the judgment shall be taken directly to the United
6  States Court of Appeals for the Ninth Circuit.
7  DATED: April 29, 2008

PETRIE, DORFMEIER & MORRIS, LLP

By     //S//
Dale Dorfmeier, Attorneys for Defendant/Counter-Claimant, UNITED GENETICS SEED COMPANY, INC., and Defendant, REMO LUDERGNANI

# PROOF OF SERVICE (Code Civ. Proc., §§1013a, 2015)

STATE OF CALIFORNIA, COUNTY OF FRESNO

I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; my business address is 2014 Tulare Street, Suite 830, Fresno, California 93721.

On **April 30, 2008**, I served the foregoing document described as **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** on the other parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Richard Al Sipos, Esq.<br>Carl D. Ciochon, Esq.<br>WENDEL, ROSEN, BLACK & DEAN LLP<br>1111 Broadway, 24th Floor<br>Oakland, CA 94607-4036<br>FAX: 510 834-1928<br>E-Mail: rsipos@wendel.com<br>cciochon@wendel.com | Attorneys for Plaintiffs, DOS VALLES, S.A. and COMEXA, S.A. |

**BY ELECTRONIC MAIL:**

As follows: I caused the above named document to be filed with the United States District Court, Northern Division of California's Case Management/Electronic Case Filing (CM/ECF) System where upon it was electronically delivered to the parties in this case through their electronic mail addresses.

Executed on **April 30, 2008,** at Fresno, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

| **Jalee Furr** | //S// |
|---|---|
| Type or Print Name | Signature |