1  Richard A. Sipos, Bar No. 126982
   Email: rsipos@wendel.com
2  Carl D. Ciochon, Bar No. 165963
   Email: cciochon@wendel.com
3  **WENDEL, ROSEN, BLACK & DEAN LLP**
   1111 Broadway, 24th Floor
4  Oakland, California  94607-4036
   Telephone:  (510) 834-6600
5  Fax:  (510) 834-1928

6  Attorneys for Plaintiff Comex, S.A. and Plaintiff
   and Counterclaim Defendant Dos Valles, S.A.
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 DOS VALLES, S.A., a foreign corporation         Case No.  C08-01077 EMC
   organized and existing under the laws of
12 Panama, and COMEX, S.A., a foreign              **STIPULATION TO ENLARGE TIME FOR
   corporation organized and existing under        PLAINTIFF AND COUNTERCLAIM
13 the laws of Panama,                             DEFENDANT DOS VALLES, S.A. TO
                                                   REPLY TO COUNTERCLAIM**
14            Plaintiffs,

15     vs.

16 UNITED GENETICS SEED COMPANY,
   INC., a business entity of unknown form;
17 REMO LUDERGNANI, an individual,

18            Defendants.

19
   UNITED GENETICS SEED COMPANY,
20 INC.,

21            Counterclaimant,

22     vs.

23 DOS VALLES, S.A.,

24            Counterclaim
              Defendant.
25

26

27

28

015042.0001\847065.2    *STIPULATION TO ENLARGE TIME FOR DOS VALLES,*
                        *S.A. TO REPLY TO COUNTERCLAIM*

TO THE UNITED STATES DISTRICT COURT AND ITS CLERK:

The Parties, by and through their respective counsel of record, hereby stipulate and agree to enlarge the time of Plaintiff and Counterclaim Defendant Dos Valles, S.A. ("Dos Valles"), to reply to the Counterclaim of Defendant and Counterclaimant United Genetics Seed Company, Inc. Dos Valles' Reply shall be served and filed on or before May 12, 2008.

This Stipulation is made pursuant to the Local Rules of the United States District Court for the Northern District of California, Rule 6.1(a). The Parties do not believe that this stipulation to enlarge the time to reply to the counterclaim will change or alter the date of any event or any deadline already fixed by Court order.

Pursuant to General Order No. 45, Electronic Case Filing, ECF signatures are being submitted after a fully executed facsimile copy of this stipulation has been received from opposing counsel.

SO STIPULATED:

Dated: May 6, 2008                    WENDEL, ROSEN, BLACK & DEAN LLP

                                      By: */s/ Carl D. Ciochon*
                                          Carl D. Ciochon
                                          Attorneys for Plaintiff Comexa, S.A. and
                                          Plaintiff and Counterclaim Defendant Dos
                                          Valles, S.A.

Dated: May 6, 2008                    PETRIE, DORFMEIR & MORRIS, LLP

                                      By: */s/ Dale Dorfmeier*
                                          Dale Dorfmeier
                                          Attorneys for Defendant Remo Ludergnani
                                          and Defendant and Counterclaimant United
                                          Genetics Seed Company, Inc.

1  The Court having considered the foregoing Stipulation to Enlarge Time of Defendant and
2  Counterclaimant Dos Valles, S.A. to Reply to Counterclaim, and good cause appearing therefore,
3  IT IS SO ORDERED:

5  Dated: _____          _____
6                                     Hon. Edward M. Chen
                                      United States Magistrate Judge