1  Richard A. Sipos, Bar No. 126982
   Email: rsipos@wendel.com
2  Carl D. Ciochon, Bar No. 165963
   Email: cciochon@wendel.com
3  **WENDEL, ROSEN, BLACK & DEAN LLP**
   1111 Broadway, 24th Floor
4  Oakland, California  94607-4036
   Telephone:  (510) 834-6600
5  Fax:  (510) 834-1928

6  Attorneys for Plaintiff Comex, S.A. and Plaintiff
   and Counterclaim Defendant Dos Valles, S.A.
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  DOS VALLES, S.A., a foreign corporation         Case No.  C08-01077 EMC
    organized and existing under the laws of
12  Panama, and COMEX, S.A., a foreign              **STIPULATION TO ENLARGE TIME FOR
    corporation organized and existing under        PLAINTIFF AND COUNTERCLAIM
13  the laws of Panama,                             DEFENDANT DOS VALLES, S.A. TO
                                                    REPLY TO COUNTERCLAIM** ; ORDER
14              Plaintiffs,

15       vs.

16  UNITED GENETICS SEED COMPANY,
    INC., a business entity of unknown form;
17  REMO LUDERGNANI, an individual,

18              Defendants.

19  ─────────────────────────────────
    UNITED GENETICS SEED COMPANY,
20  INC.,

21              Counterclaimant,

22       vs.

23  DOS VALLES, S.A.,

24              Counterclaim
                Defendant.
25

26

27

28

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607-4036

TO THE UNITED STATES DISTRICT COURT AND ITS CLERK:

The Parties, by and through their respective counsel of record, hereby stipulate and agree to enlarge the time of Plaintiff and Counterclaim Defendant Dos Valles, S.A. ("Dos Valles"), to reply to the Counterclaim of Defendant and Counterclaimant United Genetics Seed Company, Inc. Dos Valles' Reply shall be served and filed on or before May 12, 2008.

This Stipulation is made pursuant to the Local Rules of the United States District Court for the Northern District of California, Rule 6.1(a). The Parties do not believe that this stipulation to enlarge the time to reply to the counterclaim will change or alter the date of any event or any deadline already fixed by Court order.

Pursuant to General Order No. 45, Electronic Case Filing, ECF signatures are being submitted after a fully executed facsimile copy of this stipulation has been received from opposing counsel.

SO STIPULATED:

Dated: May 6, 2008                                  WENDEL, ROSEN, BLACK & DEAN LLP

By: */s/ Carl D. Ciochon*
Carl D. Ciochon
Attorneys for Plaintiff Comexa, S.A. and
Plaintiff and Counterclaim Defendant Dos
Valles, S.A.

Dated: May 6, 2008                                  PETRIE, DORFMEIR & MORRIS, LLP

By: */s/ Dale Dorfmeier*
Dale Dorfmeier
Attorneys for Defendant Remo Ludergnani
and Defendant and Counterclaimant United
Genetics Seed Company, Inc.

1   The Court having considered the foregoing Stipulation to Enlarge Time of Defendant and
2   Counterclaimant Dos Valles, S.A. to Reply to Counterclaim, and good cause appearing therefore,
3   IT IS SO ORDERED:

5   Dated: _____May 9, 2008_____   _____
6                                   Hon. I.
                                    United 
                                    
*STIPULATION TO ENLARGE TIME FOR DOS VALLES,*  
*S.A., TO REPLY TO COUNTERCLAIM*                                    - 3 -

015042.0001\847065.2

Wendel, Rosen, Black & Dean LLP  
1111 Broadway, 24th Floor  
Oakland, CA  94607-4036