Richard A. Sipos, Bar No. 126982
Email: rsipos@wendel.com
Carl D. Ciochon, Bar No. 165963
Email: cciochon@wendel.com
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928

Attorneys for Plaintiff Comexa, S.A. and Plaintiff
and Counterclaim Defendant Dos Valles, S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOS VALLES, S.A., a foreign corporation organized and existing under the laws of Panama, and COMEXA, S.A., a foreign corporation organized and existing under the laws of Panama,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED GENETICS SEED COMPANY, INC., a business entity of unknown form; REMO LUDERGNANI, an individual,<br><br>    Defendants. | Case No. C08-01077 EMC<br><br>**COUNTERCLAIM DEFENDANT DOS VALLES, S.A.'S REPLY TO COUNTERCLAIM** |
| UNITED GENETICS SEED COMPANY, INC.,<br><br>    Counterclaimant,<br><br>vs.<br><br>DOS VALLES, S.A.,<br><br>    Counterclaim Defendant. | |

Pursuant to Rule 12, Federal Rules of Civil Procedure, Plaintiff and Counterclaim Defendant Dos Valles, S.A. ("Dos Valles") replies to the Counterclaim of Defendant and Counterclaimant United Genetics Seed Company, Inc. ("UGS"), as follows:

1. Dos Valles lacks information or knowledge sufficient to form a belief about the truth of the allegations of Paragraph 1 of UGS's Counterclaim, and on that basis denies those allegations.

2. Dos Valles admits the allegations of Paragraph 2 of the Counterclaim.

3. Answering paragraph 3 of the Counterclaim, Dos Valles admits that the Court has original jurisdiction over the claims alleged in the Complaint herein under 28 U.S.C. §1332(a)(2). Dos Valles denies that subject matter jurisdiction over UGS's Counterclaim is, or lawfully may be, conferred by the Federal Rules of Civil Procedure in general, or Rule 13(a) in particular. Dos Valles further states that this Court may, in its discretion, choose to exercise supplemental jurisdiction over UGS's Counterclaim pursuant to 28 U.S.C. §1367. Dos Valles has no objection to the Court's exercise of such jurisdiction.

4. Dos Valles admits the allegations of Paragraph 4 of UGS's Counterclaim.

5. Dos Valles admits the allegations of Paragraph 5 of UGS's Counterclaim.

6. Dos Valles denies the allegations of Paragraph 6 of UGS's Counterclaim.

7. Answering Paragraph 7 of UGS's Counterclaim, Dos Valles incorporates the admissions, denials, and other statements of the preceding paragraphs of this Reply as though fully set forth herein.

8. Dos Valles admits that it purchased seed from UGS and that UGS has brought this Counterclaim to recover monies allegedly owed by Dos Valles. UGS otherwise denies the allegations of Paragraphs 8 through 11 of UGS's Counterclaim, and in particular, denies that any sums are due and owing UGS.

9. Answering Paragraph 12 of UGS's Counterclaim, Dos Valles incorporates the admissions, denials, and other statements of the preceding paragraphs of this Reply as though fully set forth herein.

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

015042.0001\847557.1

*DOS VALLES' REPLY TO COUNTERCLAIM*
*Case No. C08-01077 EMC*     - 1 -

10. Dos Valles admits that it purchased seed from UGS and that UGS has brought this Counterclaim to recover monies allegedly owed by Dos Valles. UGS otherwise denies the allegations of Paragraphs 13 through 15 of UGS's Counterclaim, and in particular, denies that any sums are due and owing UGS.

## AFFIRMATIVE DEFENSES

As separate and affirmative defenses to UGS's Counterclaim, and each claim purportedly stated therein, Dos Valles alleges as follows:

### First Affirmative Defense
### Failure to State a Claim for Relief

UGS's Counterclaim fails to state a claim upon which relief may be granted.

### Second Affirmative Defense
### Statute of Limitations

UGS's Counterclaim is barred by the applicable statutes of limitation.

### Third Affirmative Defense
### Failure of Consideration

The alleged agreements UGS seeks to enforce through its Counterclaim are void for failure of consideration.

### Fourth Affirmative Defense
### Counterclaimant's Material Breach

UGS materially breached its contractual obligations to Dos Valles, thus excusing any further obligation on Dos Valles' part.

### Fifth Affirmative Defense
### Fraud

The alleged agreements UGS seeks to enforce through its Counterclaim were induced by fraud.

### Sixth Affirmative Defense
### Release

The claims UGS alleges in its Counterclaim have been released.

### Seventh Affirmative Defense
### Waiver

UGS has waived the claims alleged in its Counterclaim.

### Eighth Affirmative Defense
### Estoppel

UGS is estopped from asserting the claims alleged in its Counterclaim.

### Ninth Affirmative Defense
### Laches

UGS's Counterclaim is barred by laches.

### Tenth Affirmative Defense
### Set-Off

The amounts, if any, due UGS, must be offset by damages to Dos Valles caused by UGS.

### Eleventh Affirmative Defense
### Reservation of Additional Defenses

Dos Valles has not completed its investigation of the facts, initial disclosures have not been made, and no discovery has occurred. Dos Valles therefore reserves the right to plead any additional affirmative defenses that may apply.

### PRAYER

**Wherefore**, Dos Valles prays as follows:

1. That UGS take nothing by its Counterclaim;
2. That Judgment be entered in Dos Valles' favor;
3. For its costs of suit herein, including its reasonable attorneys' fees;
4. For such other and further relief as the Court may deem just and proper.

//
//
//
//
//

1 | Dated: May 12, 2008

WENDEL, ROSEN, BLACK & DEAN LLP

By: _____
Carl D. Ciochon
Attorneys for Plaintiff Comexa, S.A. and
Plaintiff and Counterclaim Defendant Dos
Valles, S.A.

015042.0001\847557.1

*DOS VALLES' REPLY TO COUNTERCLAIM*
*Case No. C08-01077 EMC*

- 4 -

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036