| | |
|---|---|
| 1 | Dale Dorfmeier, Esq.; SBN 076266 |
| 2 | PETRIE, DORFMEIER & MORRIS, LLP<br>2014 Tulare Street, Suite 830 |
| 3 | Fresno, CA 93721<br>Telephone (559) 498-6522 |
| 4 | |
| 5 | Attorneys for Defendant/Counter- |
| 6 | Claimant, UNITED GENETICS SEED<br>COMPANY, INC., and Defendant, |
| 7 | REMO LUDERGNANI |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOS VALLES, S.A., a foreign corporation organized and existing under the laws of Panama, and COMEX, S.A., a foreign corporation organized and existing under the laws of Panama,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED GENETICS SEED COMPANY, INC., a business entity of unknown form; and REMO LUDERGNANI, an individual,<br><br>    Defendants. | Case No. C08-01077<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY UNITED GENETICS SEED COMPANY AND REMO LUDERGNANI, DEFENDANTS AND COUNTER CLAIMANT HEREIN<br>[Local Rule 3-16] |
| UNITED GENETICS SEED COMPANY, INC., a business entity of unknown form,<br><br>    Counter-Claimant,<br><br>v.<br><br>DOS VALLES, S.A., a foreign corporation organized and existing under the laws of Panama,<br><br>    Counter-Defendant, | |

1  Pursuant to Local Rule 3-16, the undersigned certifies that as of
2  this date, other than the named parties, there is no persons, associations,
3  firms, partnerships, corporations (including parent or subsidiary corporations),
4  or other entities other than the parties themselves known by the party to have
5  a financial interest in the subject matter in controversy or in a party to the
6  proceeding, or other interest that could be substantially affected by the
7  outcome of this proceeding.
8  DATED: May 20, 2008

PETRIE, DORFMEIER & MORRIS, LLP

By //S// DALE DORFMEIER
Dale Dorfmeier, Attorneys for Defendant/Counter-Claimant, UNITED GENETICS SEED COMPANY, INC., and Defendant, REMO LUDERGNANI

## PROOF OF SERVICE (Code Civ. Proc., §§1013a, 2015)

STATE OF CALIFORNIA, COUNTY OF FRESNO

I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; my business address is 2014 Tulare Street, Suite 830, Fresno, California 93721.

On **May 21, 2008**, I served the foregoing document described as **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY UNITED GENETICS SEED COMPANY AND REMO LUDERGNANI, DEFENDANTS AND COUNTER CLAIMANT HEREIN [Local Rule 3-16]** on the other parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Richard Al Sipos, Esq.<br>Carl D. Ciochon, Esq.<br>WENDEL, ROSEN, BLACK & DEAN LLP<br>1111 Broadway, 24th Floor<br>Oakland, CA 94607-4036<br>FAX: 510 834-1928<br>E-Mail: rsipos@wendel.com<br>cciochon@wendel.com | Attorneys for Plaintiffs, DOS VALLES, S.A. and COMEXA, S.A. |

**BY ELECTRONIC MAIL:**

As follows: I caused the above named document to be filed with the United States District Court, Northern Division of California's Case Management/Electronic Case Filing (CM/ECF) System where upon it was electronically delivered to the parties in this case through their electronic mail addresses.

Executed on **May 21, 2008** at Fresno, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

| **Jalee Furr** | //S// JALEE FURR |
|---|---|
| Type or Print Name | Signature |