1  Dale Dorfmeier, Esq.; SBN 076266
2  PETRIE, DORFMEIER & MORRIS, LLP
   2014 Tulare Street, Suite 830
3  Fresno, CA 93721
   Telephone (559) 498-6522

4

5  Attorneys for Defendant/Counter-
   Claimant, UNITED GENETICS SEED
6  COMPANY, INC., and Defendant, REMO
   LUDERGNANI
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  DOS VALLES, S.A., a foreign corporation organized and existing under the laws of Panama, and COMEX, S.A., a foreign corporation organized and existing under the laws of Panama,<br><br>                    Plaintiffs,<br><br>v.<br><br>UNITED GENETICS SEED COMPANY, INC., a business entity of unknown form; and REMO LUDERGNANI, an individual,<br><br>                    Defendants. | Case No. C08-01077<br><br>PRETRIAL DISCLOSURE OF DEFENDANTS UNITED GENETICS SEED COMPANY, INC. and REMO LUDERGNANI [FRCP Rules 26] |
| UNITED GENETICS SEED COMPANY, INC., a business entity of unknown form,<br><br>                    Counter-Claimant,<br><br>v.<br><br>DOS VALLES, S.A., a foreign corporation organized and existing under the laws of Panama,<br><br>                    Counter-Defendant, | |

27

28

COMES NOW defendants, UNITED GENETICS SEED COMPANY, INC. and REMO LUDERGNANI, and counter claimant, UNITED GENETICS SEED COMPANY, INC., and pursuant to FRCP Rule 26, makes the following disclosures:

A. <u>Persons/entities likely to have discoverable information</u>:

Francisco Antunez
Comexa S.A. and/or Cofrut
Via La Isla 3186
Chitre Herrera
Panama

Patty Buskirk
Seeds by Design
4599 McDermott Rd
Maxwell, CA 95955-3426
(530) 438-2126

Ivan Diaz
Casa del Agricultor
Ave J.A. Arango Juan Diaz
EDIF INDE Planta BAJA INDE Zona 7
Planta Baja
Panama

California Seed & Plant Lab
7877 Pleasant Grove Rd
Elverta, CA 95626
(916) 655-1581

Manuel Haito
Dos Valles SA
Edificio Panco Dresdner Piso 8
Calle 50
Panama

Ministerio de Desarrollo Agropecuarjo
Rio Taple, Via Tocumen
Apartado Postal No 5380, Zona 5
Panama

H:\00AlphaFiles--DD\DosV alles v. United (53969-70109)\Pldgs\Rule 26 Disclosures\UGS Rule 26 Disclosure draft.wpd

2

Case No. C0801077 PRETRIAL DISCLOSURE OF DEFENDANTS UGS and REMO LUDERGNANI [FRCP Rules 26]

```
Comite Nacional de Semillas
Ministreo de Desarollo Agropec
Ciudad de Panama
Panama

STA Laboratories
5653 Monterey Frontage Road
Gilroy, CA 95020
(408) 846-9964

Syngenta Seeds
7500 Olson Memorial Hwy.
Golden Valley, MN 55427
(763) 593-7333

Norma Ludergnani
United Genetics Seed Co., Inc.
8000 Fairview Rd.
Hollister, CA 95023
831-636-4882

Remo Ludergnani
United Genetics Seed Co., Inc.
8000 Fairview Rd.
Hollister, CA 95023
831-636-4882

Jose Eladio Monge
United Genetics Seed Co., Inc.
Costa Rica
506-2-289-5969
```

B.   **Documents and tangible things in our possession:**

See attached table, Exhibit "A" and CD per stipulation of the parties herein.

C.   **A computation of claimed damages:**

The outstanding unpaid invoices from UGS to Dos Valles are #05-1578 dated 12-20-2006 for $30,500, and invoice #06-1010 dated 1-06-06 for $15,350, which equals $45,850, together with interest from 1-06-06 at the legal rate.

1        D.    <u>Applicable Insurance documents</u>:

2        See attached table, Exhibit "A" and CD per stipulation of the parties herein.

5 DATED: May 20, 2008

6                       PETRIE, DORFMEIER & MORRIS, LLP

8                       By <u>//S// DALE DORFMEIER</u>
                         Dale Dorfmeier, Attorneys for Defendant/Counter-Claimant, UNITED GENETICS SEED COMPANY, INC., and Defendant, REMO LUDERGNANI

## PROOF OF SERVICE (Code Civ. Proc., §§1013a, 2015)

STATE OF CALIFORNIA, COUNTY OF FRESNO

I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; my business address is 2014 Tulare Street, Suite 830, Fresno, California 93721.

On **May 21, 2008**, I served the foregoing document described as **PRETRIAL DISCLOSURE OF DEFENDANTS UNITED GENETICS SEED COMPANY, INC. and REMO LUDERGNANI [FRCP Rules 26]** on the other parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Richard A. Sipos, Esq.<br>Carl D. Ciochon, Esq.<br>WENDEL, ROSEN, BLACK & DEAN LLP<br>1111 Broadway, 24th Floor<br>Oakland, CA 94607-4036<br>FAX: 510 834-1928<br>E-Mail: rsipos@wendel.com<br>cciochon@wendel.com | Attorneys for Plaintiffs, DOS VALLES, S.A. and COMEXA, S.A. |

**BY ELECTRONIC MAIL:**

As follows: I caused the above named document to be filed with the United States District Court, Northern Division of California's Case Management/Electronic Case Filing (CM/ECF) System where upon it was electronically delivered to the parties in this case through their electronic mail addresses.

Executed on **May 21, 2008** at Fresno, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

| **Jalee Furr** | //S// JALEE FURR |
|---|---|
| Type or Print Name | Signature |

EXHIBIT A

5/20/2008; 2:40 PM

1 OF 3

**Rule 26 Document Disclosures**

**UGS DOCUMENTS Rule 26(a)(1)(A)(ii)**

| Bates Begin | Bates End | X-Ref | Pages | Date | Author(s) | Recipient(s) | Description |
|---|---|---|---|---|---|---|---|
| 1737 | 1739 | 3763-3838 | 3 | TBD | Norma Ludergnani | Dale Dorfmeier | UGS open invoices |
| UGS764 | UGS839 | | 76 | TBD | Ludergnani, Remo | | photos of melons |
| 1735 | 1735 | | 1 | TBD | United Genetics Seed Company | | UGS invoice disclaimer |
| 2619 | 2621 | | 3 | TBD | United Genetics Seed Company | | corporate articles |
| 2637 | 2637 | | 1 | TBD | United Genetics Seed Company | | page from Master Book |
| 116 | 130 | | 15 | TBD | United Genetics Seed Company | | invoices of Dos Valles |
| 2768 | 2768 | | 1 | 5/24/2002 | United Genetics Seed Company | Dos Valles S.A. | invoices sample seeds |
| 1742 | 1743 | | 2 | 6/10/2002 | United Genetics Seed Company | Comexa S.A. | invoices sample seeds |
| 1745 | 1745 | | 1 | 8/14/2003 | United Genetics Seed Company | Casa del Agricultor | invoices for seeds |
| 1744 | 1744 | | 1 | 11/4/2003 | United Genetics Seed Company | Casa del Agricultor | invoices for seeds |
| 1746 | 1748 | | 3 | 10/15/2004 | United Genetics Seed Company | Ministerio de Desarrollo Agropecuario | invoices for seeds |
| 2638 | 2638 | | 1 | 11/6/2004 | United Genetics Seed Company | | pages from Lot Book |
| 2640 | 2640 | | 1 | 12/2/2004 | United Genetics Seed Company | | pages from Lot Book |
| 1749 | 1749 | | 1 | 12/8/2004 | United Genetics Seed Company | Dos Valles S.A. | invoices for seeds |
| 1750 | 1750 | | 1 | 12/9/2004 | United Genetics Seed Company | Dos Valles S.A. | invoices for seeds |
| 1751 | 1751 | | 1 | 12/22/2004 | United Genetics Seed Company | Dos Valles S.A. | invoices for seeds |
| 2635 | 2636 | | 2 | 8/26/2005 | United Genetics Seed Company | | notes of field trials |
| 2639 | 2639 | | 1 | 1/24/2005 | United Genetics Seed Company | | pages from Lot Book |
| 333 | 335 | | 3 | 5-Jul | unknown | | notes on watermelons |
| 1752 | 1753 | | 2 | 8/11/2005 | United Genetics Seed Company | Ministerio de Desarrollo Agropecuario | invoice for seed samples |
| 2683 | 2758 | | 76 | 11/2/2005 | United Genetics Seed Company | Dos Valles S.A. | invoice #05-1492 |
| 1758 | 1758 | | 1 | 12/7/2005 | United Genetics Seed Company | Dos Valles S.A. | invoice #05-1555 |
| 210 | 210 | | 1 | 12/8/2005 | Comexa S.A. | Remo Ludergnani; Ivan Diaz | message re watermelons |
| 411 | 415 | | 5 | 12/8/2005 | Remo Ludergnani | Comexa S.A. | message re shipments |
| 17 | 17 | | 1 | 12/9/2005 | Francisco Antunez | Remo Ludergnani | message re shipments |
| 412 | 412 | | 1 | 12/9/2005 | Francisco Antunez | Remo Ludergnani | message re order |
| 2641 | 2682 | | 42 | 12/19/2005 | United Genetics Seed Company | Dos Valles S.A. | invoice #05-1568 |
| 1759 | 1759 | | 1 | 12/20/2005 | United Genetics Seed Company | Dos Valles S.A. | invoice #05-1578 |
| 2622 | 2622 | | 1 | 12/28/2005 | California Seed & Plant Lab | United Genetics Seed Company | lab test report |
| 2759 | 2759 | | 1 | ??/??/06 | United Genetics Seed Company | | notes on grow-out |
| 1760 | 1760 | | 1 | 1/6/2006 | United Genetics Seed Company | Dos Valles S.A. | invoice #06-1010 |
| 1678 | 1733 | | 56 | 6-Feb | United Genetics Seed Company | | photographs |
| 2 | 2 | | 1 | 2/6/2006 | Esteban Villalobos | unknown | message re shipments of melons |
| 1764 | 1764 | | 1 | 2/15/2006 | United Genetics Seed Company | | ship order |
| 1766 | 1766 | | 1 | 2/15/2006 | United Genetics Seed Company | Dos Valles S.A. | invoice #06-087 |
| 1767 | 1767 | | 1 | 2/16/2006 | United Genetics Seed Company | Dos Valles S.A. | invoice #06-1116 |

EXHIBIT A                                               5/20/2008; 2:40 PM                                                                    2 OF 3

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 23 | 23 | | 1 | 2/17/2006 | United Genetics Seed Company | Seeds by Design | | purchase order for seed |
| 1768 | 1768 | | 1 | 2/17/2006 | United Genetics Seed Company | Dos Valles S.A. | | invoice #06-092 |
| 1769 | 1769 | | 1 | 2/17/2006 | United Genetics Seed Company | Dos Valles S.A. | | invoice #06-092B |
| UGS219 | UGS219 | 3218 | 1 | 2/17/2006 | United Genetics Seed Company | Seeds by Design | | order for watermelon seed & squash |
| 202 | 203 | | 2 | 2/17/2006 | unknown | | | packing list |
| 1770 | 1770 | | 1 | 2/23/2006 | United Genetics Seed Company | Dos Valles S.A. | | invoice #06-1131 |
| 24 | 24 | | 1 | 2/23/2006 | United Genetics Seed Company | Dos Valles S.A. | | sales invoice |
| 1761 | 1761 | | 1 | 2/23/2006 | United Genetics Seed Company | | | ship order |
| UGS221 | UGS221 | 3220 | 1 | 2/23/2006 | United Genetics Seed Company | Dos Valles S.A. | | sales invoice |
| UGS1512 | UGS1512 | 4511 | 1 | 2/23/2006 | United Genetics Seed Company | | | ship order |
| 84 | 90 | | 7 | 2/28/2006 | Jose Eladio Monge | Remo Ludergnani | | notes of visit to Panama |
| 216 | 217 | | 2 | 4/1/2006 | Dos Valles S.A. | United Genetics Seed Company | | notice of loss |
| UGS123 | UGS123 | 3122 | 1 | 4/3/2006 | Remo Ludergnani | Manuel Haito | | reply to notice of loss |
| UGS124 | UGS124 | 3123 | 1 | 4/5/2006 | Manuel Haito | Remo Ludergnani | | message from Haito |
| UGS218 | UGS218 | 3217 | 1 | 4/17/2006 | Ministerio de Desarrollo Agropecuario | Dos Valles S.A. | | report from ministry |
| UGS327 | UGS327 | 3326 | 1 | 5/2/2006 | Francisco Antunez | United Genetics Seed Company | | notice of loss |
| UGS350 | UGS351 | 3349-3350 | 2 | 5/2/2006 | Francisco Antunez | United Genetics Seed Company | | notice of claim |
| 275 | 276 | | 2 | 5/30/2006 | Manuel Haito | Remo Ludergnani | | damage update |
| 286 | 287 | | 2 | 9-Jun | Temel Emre | Remo Ludergnani | | product report for Turkey |
| 288 | 290 | | 3 | 26-Jun | Mario ? | Remo Ludergnani | | photos/Early Beauty prod/Italy |
| 291 | 292 | | 2 | 14-Jun | Mario ? | Remo Ludergnani | | Early Beauty prod/Greece |
| 433 | 454 | | 22 | 6/19/2006 | Dos Valles S.A. | | | damages pozosur |
| 293 | 293 | | 1 | 6/19/2006 | Manuel Haito | Remo Ludergnani | | claim update |
| 14 | 14 | | 1 | 6/23/2006 | Francisco Antunez | United Genetics Seed Company | | notes on watermelon inspection |
| 2623 | 2634 | | 12 | 6/23/2006 | United Genetics Seed Company | Dos Valles S.A. | | credit invoice #06-1302 |
| 294 | 303 | | 10 | 6/28/2006 | Manuel Haito | Remo Ludergnani | | loss update |
| 306 | 330 | | 25 | 7/5/2006 | James Cook | Effie Anastassiou | | ltr from James Cook |
| UGS196 | UGS197 | 3195-3196 | 2 | 7/17/2006 | James Cook | Remo Ludergnani | | ltr from James Cook |
| 331 | 332 | | 2 | 7/17/2006 | James Cook | Effie Anastassiou | | ltr from James Cook |
| UGS203 | UGS203 | 3202 | 1 | 8/9/2006 | Lisa Futo | Remo Ludergnani | | request for information ltr |
| UGS356 | UGS605 | 3355-3604 | 250 | 8/14/2006 | James Cook | Lisa Futo | | reply ltr with loss info |
| 352 | 401 | | 50 | 8/14/2006 | James Cook | Lisa Futo | | ltr claim documentation |
| 404 | 405 | | 2 | 10/5/2006 | Remo Ludergnani | L Futo/J Cook/I Diaz/M Haito/Comexa | | release of policy information |
| 344 | 345 | | 2 | 10/5/2006 | Remo Ludergnani | Manuel Haito | | receiving report |
| 406 | 410 | | 5 | 10/6/2006 | Remo Ludergnani | Patty Buskirk Seeds by Design | | notice of loss Seeds by Design |
| 350 | 351 | | 2 | 10/11/2006 | James Cook | Seeds by Design | | ltr from James Cook |
| 402 | 403 | | 2 | 10/20/2006 | Steven McCarthy | James Cook | | ltr from S. McCarthy |
| UGS308 | UGS315 | 3307-3314 | 8 | 11/2/2006 | | Seeds by Design | | photos |
| 72 | 74 | | 3 | 11/14/2006 | STA Laboratories | Steven McCarthy | | lab tests |
| 3 | 6 | | 4 | 2/12/2007 | Effie Anastassiou | James Cook | | representation ltr |
| 7 | 21 | | 15 | 2/14/2007 | Effie Anastassiou | Steven McCarthy | | reply to representation ltr by Cook |
| 33 | 35 | | 3 | 2/21/2007 | Denis Klavdianos | Steven McCarthy | | ltr requesting lab report |
| 36 | 37 | | 2 | 2/21/2007 | Steven McCarthy | Denis Klavdianos | | ltr with lab report |
| UGS250 | UGS251 | 3249-3250 | 2 | 2/21/2007 | Steven McCarthy | Denis Klavdianos | | ltr with lab report |
| 61 | 66 | | 6 | 2/23/2007 | Effie Anastassiou | Steven McCarthy | | ltr re: tests |

EXHIBIT A                                          5/20/2008; 2:40 PM                                                   3 OF 3

| Ex# | Bates | Bates Range | Pages | Date | From | To | Description |
|---|---|---|---|---|---|---|---|
| 71 | 76 | | 6 | 2/27/2007 | Steven McCarthy | Denis Klavdianos | ltr re: tests |
| 67 | 68 | | 2 | 2/27/2007 | Effie Anastassiou | James Cook | ltr re: further tests |
| 93 | 96 | | 4 | 3/6/2007 | James Cook | Effie Anastassiou | ltr by James Cook |
| 104 | 112 | | 9 | 3/14/2007 | Effie Anastassiou | Steven McCarthy | request to preserve evidence |
| 137 | 187 | | 51 | 3/15/2007 | Effie Anastassiou | James Cook | settlement ltr |
| 200 | 203 | | 4 | 3/21/2007 | James Cook | Effie Anastassiou | reply to settlement ltr |
| UGS289 | UGS289 | 3288 | 1 | 4/2/2007 | James Cook | Effie Anastassiou | ltr by James Cook |
| 218 | 218 | | 1 | 4/2/2007 | James Cook | Effie Anastassiou | notice of claim, squash |
| UGS882 | UGS882 | 3857-3881 | 25 | 7/5/2007 | James Cook | Effie Anastassiou | ltr by James Cook re: settlement |
| 346 | 349 | | 4 | 8/8/2007 | Effie Anastassiou | Steven McCarthy | ltr re: mediation |
| 1737 | 1738 | | 2 | 3/31/2008 | United Genetics Seed Company | | open invoices to Dos Valles |

INSURANCE POLICY DOCUMENTS, Rule 26(a)(1)(A)(iv)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1095 | 1368 | 4094-4367 | 274 | TBD | Nationwide Agribusiness | Lisa Futo | Nationwide Policy |
| 2605 | 2618 | | 14 | 3/12/2008 | Lisa Futo | United Genetics Seed Company | Reservation of Rights Letter |