UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dos Valles, S.A., et al,

           Plaintiff(s),

      v.,

United Genetics Seed Company, Inc., et al.,

           Defendant(s).

CASE NO. C08-01077 EMC

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ✓ Private ADR *(please identify process and provider)* _____
Mediation; provider to be selected by mutual agreement of the parties.

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓ other requested deadline October 31, 2008

Dated: May 20, 2008

Dated: MAY 21 2008

                          Attorney for Plaintiff

                          Attorney for Defendant