

1  Richard A. Sipos, Bar No. 126982
   Email: rsipos@wendel.com
2  Carl D. Ciochon, Bar No. 165963
   Email: cciochon@wendel.com
3  **WENDEL, ROSEN, BLACK & DEAN LLP**
   1111 Broadway, 24th Floor
4  Oakland, California 94607-4036
   Telephone: (510) 834-6600
5  Fax: (510) 834-1928

6  Attorneys for Plaintiff Comexa, S.A. and Plaintiff
   and Counterclaim Defendant Dos Valles, S.A.

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11  DOS VALLES, S.A., a foreign corporation        Case No. C08-01077 EMC
    organized and existing under the laws of
12  Panama, and COMEXA, S.A., a foreign            **PLAINTIFFS' CERTIFICATION OF
    corporation organized and existing under       INTERESTED ENTITIES OR PERSONS
13  the laws of Panama,                             PURSUANT TO LOCAL RULE 3.16**

14                      Plaintiffs,

15          vs.

16  UNITED GENETICS SEED COMPANY,
    INC., a business entity of unknown form;
17  REMO LUDERGNANI, an individual,

18                      Defendants.

19  ─────────────────────────────────

    UNITED GENETICS SEED COMPANY,
20  INC.,

21                      Counterclaimant,

22          vs.

23  DOS VALLES, S.A.,

24                      Counterclaim
                        Defendant.
25

26

27

28

015042.0001\846795.1

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607-4036

1        Plaintiff Comex, S.A. and Plaintiff and Counterclaim Defendant Dos Valles, S.A. provide

2   the following Certification of Interested Entities or Persons:  Pursuant to Local Rule 3.16, the

3   undersigned certifies that the following listed persons, associations of persons, firms,

4   partnerships, corporations (including parent corporations) or other entities (i) have a financial

5   interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-

6   financial interest in that subject matter or in a party that could be substantiallyaffected by the

7   outcome of this proceeding:  Agrovalley, S.A. (parent of Dos Valles, S.A.); Latina Group BVI,

8   Inc. (parent of Agrovalley, S.A.); Inverpan, S.A. (shareholder of Latina Group BVI, Inc.); GML

9   Capital LLC (shareholder of Latina Group BVI, Inc.);  Francisco Antunez (shareholder of

10   Comexa, S.A.).

11

12   Dated: May 21, 2008                                    WENDEL, ROSEN, BLACK & DEAN LLP

13

14                                                         By:  /s/ *Carl D. Ciochon*

15                                                         Carl D. Ciochon
                                                          Attorneys for Plaintiff Comexa, S.A. and
16                                                         Plaintiff and Counterclaim Defendant Dos
                                                          Valles, S.A.

17

18

19

20

21

22

23

24

25

26

27

28

*PLAINTIFFS' CERTIFICATION OF INTERESTED*
*PERSONS OR ENTITIES PURSUANT TO L.R. 3.16*                    - 1 -
*Case No.  C08-01077*