**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** May 28, 2008

**Case No:** C08-1077 EMC                               **FTR Time:**   1:38-1:53 p.m.

**Case Name:** Dos Valles, et al. v. United Genetics, et al.

    **Attorneys:**   Richard Sipas for Plaintiffs
                      Dale Dorfmeier for Defendants

    **Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

    CMC - Held

**ORDERED AFTER HEARING:**

7-day jury trial set for 5/4/09 at 8:30 a.m.  Parties agree to conduct private mediation.  Mediation to be completed by 9/30/08.  Court to issue other deadlines in the case management conference order.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:** 10/1/08 at 2:30 p.m. for Further Status Conference.  An updated Status Conference Statement shall be filed on or before 9/24/08.

cc: EMC