Richard A. Sipos, Bar No. 126982
Email: rsipos@wendel.com
Carl D. Ciochon, Bar No. 165963
Email: cciochon@wendel.com
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928

Attorneys for Plaintiff Comexa, S.A. and Plaintiff
and Counterclaim Defendant Dos Valles, S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOS VALLES, S.A., a foreign corporation organized and existing under the laws of Panama, and COMEXA, S.A., a foreign corporation organized and existing under the laws of Panama,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED GENETICS SEED COMPANY, INC., a business entity of unknown form; REMO LUDERGNANI, an individual,<br><br>Defendants. | Case No. C08-01077 EMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXTEND MEDIATION DEADLINE AND CONTINUE STATUS CONFERENCE** |
| UNITED GENETICS SEED COMPANY, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>DOS VALLES, S.A.,<br><br>Counterclaim Defendant. | |

The Court having considered the Parties' Joint Status Conference Statement and Stipulation to Extend Mediation Deadline and Continue Status Conference, and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

1. The Parties shall complete private mediation by December 15, 2008.

2. The Status Conference currently scheduled for October 1, 2008 is continued to _____ Dec. 17 _____, 2008. at 2:30 p.m. A joint cmc statement due December 10, 2008.

Dated: _____ September 24, 2008 _____



Hon. Edward M. Chen
United States Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

015042.0001\1053832.1

[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXTEND MEDIATION DEADLINE AND CONTINUE STATUS CONFERENCE

- 2 -