Richard A. Sipos, Bar No. 126982
Carl D. Ciochon, Bar No. 165963
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: cciochon@wendel.com

Attorneys for Plaintiff Comexa, S.A. and Plaintiff and Counterclaim Defendant Dos Valles, S.A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOS VALLES, S.A., a foreign corporation organized and existing under the laws of Panama, and COMEX, S.A., a foreign corporation organized and existing under the laws of Panama,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED GENETICS SEED COMPANY, INC., a business entity of unknown form; REMO LUDERGNANI, an individual,<br><br>Defendants.| Case No. C08-01077<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| UNITED GENETICS SEED COMPANY, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>DOS VALLES, S.A.,<br><br>Counterdefendant.| |

Plaintiffs Dos Valles, S.A., a foreign corporation organized and existing under the laws of Panama, and Comexa, S.A., a foreign corporation organized and existing under the laws of Panama, and defendants United Genetics Seed Company, Inc., and Remo Ludignani, by and

*STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE - Case No. C08-01077*

015042.0001\1110602.1

through their respective counsel of record hereby stipulate as follows:

1. A case management conference is currently set for Wednesday, December 17, 2008 at 2:30 p.m.

2. Counsel for plaintiffs have scheduling conflicts with the case management conference currently scheduled.

3. Accordingly, plaintiffs and defendants hereby stipulate to continue the case management conference to Wednesday, January 7, 2009 at 2:30 p.m.

Dated: December 15, 2008

WENDEL, ROSEN, BLACK & DEAN LLP

By: _____
Richard A. Sipos
Attorneys for Plaintiff Comexa, S.A. and Plaintiff and Counterclaim Defendant Dos Valles, S.A.

Dated: December 15, 2008

PETRIE, DORFMEIER & MORRIS, LLP

By: _____
Dale Dorfmeier
Attorneys for Defendants, United Genetics Seed Company, Inc., and Remo Ludergnani
United

## ORDER

Good cause appearing, IT IS HEREBY ORDERED THAT the case management conference in this case is continued to Wednesday, January 7, 2009, 2:30 p.m. An updated joint cmc statement shall be filed by 12/31/08.

Dated: December 16, 2008

By: _____
Edward M. Chen
United States District Court
District of California

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen