Richard A. Sipos, Bar No. 126982
Carl D. Ciochon, Bar No. 165963
Gregory K. Jung, Bar No. 203350
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: rsipos@wendel.com

Attorneys for Plaintiff
Comexa, S.A. and Plaintiff and Counterclaim
Defendant Dos Valles, S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOS VALLES, S.A., a foreign corporation organized and existing under the laws of Panama and COMEXA, S.A., a foreign corporation organized and existing under the laws of Panama,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED GENETICS SEED COMPANY, INC., a business entity of unknown form; REMO LUDERGNANI, an individual,<br><br>Defendants.<br><br>UNITED GENETICS SEED COMPANY, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>DOS VALLES, S.A.,<br><br>Counterdefendant. | Case No. C08-01077<br><br>**ORDER RE STIPULATION TO DISMISS COMPLAINT AND COUNTER COMPLAINT** |

*ORDER RE STIPULATION TO DISMISS COMPLAINT AND COUNTER COMPLAINT - Case No. C08-01077*

015042.0001\1262576.1

1  IT IS HEREBY ORDERED that the Stipulation to Dismiss the Complaint of DOS
2  VALLES, S.A., and COMEX, S.A., and the Counter Complaint of UNITED GENETICS SEED
3  COMPANY, INC., are approved and the action is dismissed with prejudice, each party to bear
4  their own fees and costs.

5  Dated: _____June 25_____, 2009

   _____
   The Honorable Edward M. Chen
   Judge of the United States District Court
   Northern District of California

   IT IS SO ORDERED
   Judge Edward M. Chen

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607

015042.0001\1262576.1

*ORDER RE STIPULATION TO DISMISS COMPLAINT
AND COUNTER COMPLAINT - Case No.  C08-01077*     - 2 -